IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-769-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ACOSTA PERSONAL PROPERTY, SPECIFICALLY: | ) |
| | ) |
| BANK OF AMERICA ACCOUNT NUMBERED XXXXXXX6581 VALUED AT $3,496.41; | ) |
| BANK OF AMERICA ACCOUNT NUMBERED XXXXXXX0114 VALUED AT $7,451.19; | ) |
| BANK OF AMERICA ACCOUNT NUMBERED XXXXXXX5094 VALUED AT $7,436.28; | ) |
| BANK OF AMERICA ACCOUNT NUMBERED XXXXXXX4921 VALUED AT $3,678.54; | ) |
| WELLS FARGO, NA ACCOUNT NUMBERED XXXXX2700 VALUED AT $34,277.00; | ) |
| WELLS FARGO, NA ACCOUNT NUMBERED XXXXX0407 VALUED AT $24,540.00; | ) |
| JP MORGAN CHASE ACCOUNT NUMBERED XXXXX5561 VALUED AT $19,968.01; AND | ) |
| JP MORGAN CHASE ACCOUNT NUMBERED XXXXX0617 VALUED AT $9,866.70, | ) |
| | ) |
| Defendants. | ) |

**DEFAULT**

1

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 3rd day of June, 2015.

*Julie Richards Johnston*

Julie Richards Johnston, Clerk

2