```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                         WESTERN DIVISION
                       NO.  5:13-CV-769-BR
```

```
 UNITED STATES OF AMERICA,       )
                                 )
              Plaintiff,         )
                                 )
         v.                      )
                                 )
ACOSTA PERSONAL PROPERTY,        )
SPECIFICALLY:                    )
                                 )
BANK OF AMERICA ACCOUNT          )
NUMBERED XXXXXXXX6581 VALUED     )
AT $3,496.41;                    )
BANK OF AMERICA ACCOUNT          )
NUMBERED XXXXXXXX0114 VALUED     )
AT $7,451.19;                    )
BANK OF AMERICA ACCOUNT          )
NUMBERED XXXXXXXX5094 VALUED     )
AT $7,436.28;                    )
BANK OF AMERICA ACCOUNT          )
NUMBERED XXXXXXXX4921 VALUED     )
AT $3,678.54;                    )
WELLS FARGO, NA ACCOUNT          )
NUMBERED XXXXXX2700 VALUED       )
AT $34,277.00;                   )
WELLS FARGO, NA ACCOUNT          )
NUMBERED XXXXXX0407 VALUED       )
AT $24,540.00;                   )
JP MORGAN CHASE ACCOUNT          )
NUMBERED XXXXX5561 VALUED AT     )
$19,968.01; AND                  )
JP MORGAN CHASE ACCOUNT          )
NUMBERED XXXXXX0617 VALUED AT    )
$9,866.70,                       )
                                 )
                                 )
              Defendants.        )
```

---

**DEFAULT JUDGMENT**
_____

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the U. S. Department of Treasury, Internal Revenue Service-Criminal Investigation pursuant to said process;

2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

2

4. The U. S. Department of Treasury is hereby directed to dispose of the defendants according to law; and

5. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

This 14 July 2015.

                                        _____
                                                W. Earl Britt
                                                Senior U.S. District Judge